PROB 22
(Rev. 2/98)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:01CR20031-01 |
| DOCKET NUMBER *(Rec. Court)* | 8:05-CR-102-T-17MAP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Heath Fraine<br>1414 Avenue H, Southwest<br>Winter Haven, Florida 33880 | WESTERN DISTRICT OF TENNESSEE | WESTERN |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Bernice B. Donald |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/11/2004 | TO 02/10/2007 |
|---|---|---|

OFFENSE

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE   21 USC §846

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   WESTERN   DISTRICT OF   TENNESSEE   (Memphis)

   IT IS HEREBY ORDERED that pursuant to 18 USC §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the   Middle District of Florida (Tampa)   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-1-2005
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   FLORIDA (Tampa)

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MARCH 11th, 2005
Date

United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on   4-4-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:01-CR-20031 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT